**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CLERK'S MINUTES
Sentencing Hearing (via Zoom)

Case Number: 6:20-cr-102-Orl-40LRH

| **UNITED STATES OF AMERICA** | | Government's Counsel: | John Gardella Kenneth Nelson |
|---|---|---|---|
| **Plaintiff,** | | | |
| v. | | | |
| **Cloyd Sumabat Dimapilis** | | Defense Counsel: | Bradley Butcher Edward MacColl |
| **Defendant.** | | | |

| Judge: | Paul G. Byron | Court Reporter | Koretta Stanford stanarm2014@gmail.com |
|---|---|---|---|
| Deputy Clerk: | Grace Farey | Interpreter: | Susana Layog |
| Date: | July 30, 2020 | Time: | 2:25 PM – 2:50 PM TOTAL: 25 minutes |

Defendant waives his right to a Presentence Investigation Report.

**PROBATION:** 1 year

The term of supervised release shall be unsupervised provided you leave and do not re-enter the United States. Should you be deported or removed, you shall not re-enter the United States without express permission of the appropriate governmental authority. Should you leave and subsequently re-enter the United States prior to the expiration of your term of supervision, you shall report immediately to the United States Probation Office.

**FINE:** Waived

**SPECIAL ASSESSMENT:** $100.00

The Court grants the Motion to Recognize Substantial Assistance (Doc. 23).

Defendant advised of right to appeal.

The defendant shall report to the United States Marshal Service at 401 W Central Blvd, Orlando, FL 32801 for processing.